IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> REAL PROPERTY LOCATED AT ) <br> 206 EAST CROSS STREET, ) <br> DONGOLA, UNION COUNTY, ILLINOIS, ) <br> AND ALL ATTACHMENTS, ) <br> IMPROVEMENTS AND ) <br> APPURTENANCES THERETO, AND ) <br> REAL PROPERTY LOCATED AT ) <br> 13320 SOUTH EGYPT SHORES DRIVE, ) <br> CREAL SPRINGS, WILLIAMSON ) <br> COUNTY, ILLINOIS, AND ALL ) <br> ATTACHMENTS, IMPROVEMENTS ) <br> AND APPURTENANCES THERETO, ) <br> ) <br> ) <br> Defendants. ) | NO. 10-cv-00940-JPG-PMF |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** January 13, 2012

        **NANCY ROSENSTENGEL, Clerk of Court**

        **BY: s/Brenda K. Lowe, Deputy Clerk**

**APPROVED:** _s/J. Phil Gilbert_
            **J. PHIL GILBERT**
            **U. S. DISTRICT JUDGE**